JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CRYSTAL R. MOORE, | CASE NO. 5:17-cv-00888-JGB(SPx) |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]** |
| CVS HEALTH CORPORATION, CVS PHARMACY, INC., GARFIELD BEACH CVS, LLC #9698 and DOES 1-60, | |
| Defendants. | |

///
///
///

1                    5:17 cv 00888-JGB(SPx)
ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close this file.

Dated: April 2, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE